BEFORE THE SECOND DIVISION, APRIL 10, 1939

No. 41025.—Protests 946543–G, etc., of Chew Chong Tai & Co. et al. (San Francisco).

Opinion by KINCHELOE, J. The exhibits consist of pieces of paper of different sizes and colors and there was testimony that they are used in connection with religious ceremonies after which they are burned. It was found that the record failed to establish the claim made by the plaintiffs and the protests were overruled.

No. 41026.—Protests 936829–G, etc., of May Co. et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 41027.—Protests 817624–G, etc., of A. W. Fenton Co. et al. (Cleveland, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 41028.—Protests 826267–G, etc., of Amer. Dec. Flower Co. et al. (Baltimore, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

APRIL 8, 1939

No. 41029.——Protests 744195–G, etc., of Scharf Bros. Co., Inc., C. D. 130. Motion of Government for rehearing denied.

APRIL 6, 1939

No. 41030.—SUIT 4183.——United States v. F. B. Vandegrift & Co. et al. Reap. Dec. 4303 affirmed.